

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　　vs.<br>ROBERTO SAGRERO-MUNOZ<br>　　　　　Defendant | CASE NO. 14CR1815-JLS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

　　　　Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

　　　　IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice.

　　　　IT IS SO ORDERED.

　　　　DATED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JILL L. BURKHARDT
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge